KAT TODD, Bar No. 223957
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant MARSHALL MEDICAL CENTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EL DORADO COUNTY, et al.,<br><br>Defendants. | No.   2:16-CV-02232-WBS-GGH<br><br>ORDER GRANTING CONTINUANCE OF RULE 56 MOTION FOR SUMMARY JUDGMENT<br><br>Date:  August 7, 2017<br>Time: 1:30 p.m.<br>Courtroom:  5<br>Judge: Hon. William B. Shubb |

The Court herein finds good cause exists to continue defendant Marshall Medical Center's Rule 56 Motion for Summary Judgment.  Good cause exists to continue the Rule 56 Motion for Summary Judgment from August 7, 2017 due to the unavailability of counsel for moving party who will be out of the country for a volunteer commitment.  The Court finds good cause exists to continue the Motion for Summary Judgment to October 30, 2017 at 1:30 p.m., the first available date on which (1) counsel for moving party, (2) plaintiffs' counsel and (3) the Court are all available.

IT IS SO ORDERED.

Dated:  July 24, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE