**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**THE SCHAPS LAW OFFICE, A.P.C.**
Michael A. Schaps, State Bar #247423
732 3rd Street, Suite B
Davis, CA 95616
Telephone: (530) 238-5111

Attorney for Plaintiffs
LAWRENCE SPIES, SR., and LINDA SPIES, Individually
and as Successors in Interest of LAWRENCE SPIES, JR. (deceased)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased),<br><br>Plaintiffs,<br><br>vs.<br><br>EL DORADO COUNTY; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MARSHALL MEDICAL CENTER; JOHN D'AGOSTINI; RANDY PESHON; MATT FOXWORTHY; JACKIE NOREN: ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; TAYLOR FITHIAN, M.D.; MARK HANGEBRAUCK; JOHN J. SKRATT, M.D.; ALEXIS F. LIESER, M.D.; DOES 1-50<br><br>Defendants.<br>_____/ | NO. 2:16-cv-02232-WBS-GGH<br><br>**ORDER GRANTING CONTINUANCE OF HEARING DATE ON RULE 56 MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 30, 2017<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

1 | The Court herein accepts the parties Stipulation that good cause exists to continue the hearing of defendant Marshall Medical Center's Rule 56 Motion for Summary Judgment from October 30, 2017 to December 18, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE