| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** <br> STEWART KATZ, State Bar #127425 <br> 555 University Avenue, Suite 270 <br> Sacramento, California 95825 <br> Telephone: (916) 444-5678 <br> Facsimile: (916) 444-3364 <br><br> Attorney for Plaintiffs <br> LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased) | **KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON** <br> A Professional Law Corporation <br> Thomas O. Perry, SBN 49699 <br> Allison Cherry Lafferty, SBN 204252 <br> 7540 Shoreline Drive <br> Stockton, CA 95219 <br> Phone: (209) 478-2000 <br> Facsimile: (209) 478-0354 <br> Email: tperry@kroloff.com <br>       alafferty@kroloff.com <br><br> Attorneys for Defendants <br> JOHN J. SKRATT, M.D. and <br> ALEXIS F. LIESER, M.D. |

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased); <br><br> Plaintiffs, <br><br> vs. <br><br> EL DORADO COUNTY; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MARSHALL MEDICAL CENTER; JOHN D'AGOSTINI; RANDY PESHON;MATT FOXWORTHY; JACKIE NOREN: ROBIN HOPE; RAYMOND HERR,M.D.; LISA ISSACSON; TAYLOR FITHIAN,M.D.; MARK HANGEBRAUCK; JOHN J. SKRATT, M.D.; ALEXIS F. LIESER, M.D.; DOES 1-50 <br><br> Defendants. <br> _____/ | NO. 2:16-cv-02232-WBS-GGH <br><br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALEXIS F. LIESER, M.D.** |

[Proposed] Order Granting Dismissal                                                                                   1

1  Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action against Defendant ALEXIS F. LIESER, M.D. is dismissed with prejudice. Each side is to bear its/their own attorneys' fees and costs.

Dated:  December 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE