UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EL DORADO COUNTY, et al.,,<br><br>    Defendants. | No. 2:16-cv-2232-WBS-GGH<br><br><br><br>ORDER |

The parties to the above-captioned matter have stipulated to extend deadlines for pretrial activities that will not impact the District Court's dates set for Pretrial Conference and Trial. Having reviewed the Stipulation and good cause appearing for the extensions to the Court's Pretrial Scheduling Order requested, IT IS HEREBY ORDERED THAT

1. The deadline for expert disclosure shall be extended from January 22, 2018 to April 26, 2018;

2. The deadline for rebuttal disclosures shall be extended from February 26, 2018 to May 21, 2018;

3. The deadline for depositions of expert witnesses shall be extended to June 21, 2017;

4. The deadline for completion of non-expert discovery shall remain March 26, 2018 and shall the remaining dates found in the Pretrial Scheduling Order;

**IT IS SO ORDERED.**

Dated: January 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE