UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES SR, et al, | No. 2:16-cv-2232 WBS GGH |
| Plaintiffs, | ORDER |
| v. | |
| EL DORADO COUNTY et al., | |
| Defendants. | |

ECF. No 75, a stipulated request for expert discovery extension dates is APPROVED with the following conditions:

No non-discovery motions are to be brought in contravention of the presently scheduled motion cutoff date.

No motions relating to discovery may be brought after the currently scheduled cutoff, save that motions related to expert depositions may be heard no later than June 7, 2018.

IT IS SO ORDERED

Dated: February 12, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1