UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased),<br><br>        Plaintiffs,<br><br>  v.<br><br>EL DORADO COUNTY; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MARSHALL MEDICAL CENTER; JOHN D'AGOSTINI; RANDY PESHON; MATT FOXWORTHY; JACKIE NOREN; ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; TAYLOR FITHIAN, M.D.; MARK HANGEBRAUCK; JOHN J. SKRATT, M.D.; DOES 1-50,<br><br>        Defendants. | Civ. No. 2:16-2232<br><br>ORDER RE: MOTION TO SUBSTITUTE PARTIES |

----oo0oo----

        Counsel for plaintiffs represents that plaintiff Lawrence Spies has died intestate and his successors in interest are his wife, Linda Spies, and his children, Brian Spies, Stephanie Spies, and Theresa Spies. The court makes no finding

1

as to the accuracy of these representations, but based thereon,

IT IS HEREBY ORDERED, that plaintiff's Motion to substitute parties in light of plaintiff Lawrence Spies' death (Docket No. 87) be, and the same hereby is, GRANTED; and Linda Spies, Brian Spies, Stephanie Spies, and Theresa Spies, are hereby substituted for plaintiff Lawrence Spies as plaintiffs in this action. This order is without prejudice to the right of any defendant to file a motion to dismiss or for summary judgment on any grounds, including the ground that the substituted parties are not proper parties to the action.

Dated: February 21, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE