AMIE McTAVISH, ESQ., SB No. 242372
  Email: amctavish@akk-law.com
BRUCE A. KILDAY, ESQ. SB No. 066415
  Email: bkilday@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorney for Defendants EL DORADO COUNTY, JOHN D'AGOSTINI, RANDY PESHON, MATT FOXWORTHY, JACKIE NOREN, and MARK HANGEBRAUCK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EL DORADO COUNTY, et al., <br><br> Defendants. | Case No.: 2:16-CV-02232−WBS−GGH <br><br> **STIPULATION AND REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER PURSUANT TO FRCP 16(b) [PROPOSED] ORDER THEREON** |

WHEREAS, the parties have been pursuing extensive discovery:

    a)    approximately 20 depositions have already been taken;

    b)    another 12 depositions are noticed or are about to be noticed

    c)    multiple sets of documentary discovery have been exchanged

    WHEREAS a formal settlement demand was submitted last week that will require multiple defendants to evaluate. The demand could not have been submitted earlier because of the death of plaintiff Lawrence Spies Sr. and the need to formally determine the status of the remaining plaintiffs.

WHEREAS experts must be retained and disclosed in less than two months.

WHEREAS the parties have tentatively agreed to mediation or court-sponsored settlement conference .

WHEREAS, the parties all agree that extending the time for discovery, and the time of trial, for approximately 90 days will give the parties an opportunity to evaluate the substantial discovery that has been developed and to engage in serious negotiations before they are forced to incur the costs of the remaining depositions and the cost of retaining experts and submission of expert reports. The parties believe this will give them all a better chance of resolving this litigation.

The parties stipulate and agree that good cause exists to continue the deadlines for discovery and for Pre-Trial and Trial dates, and that this modification will cause no prejudice to any party herein, or in the lawsuit overall.

IT IS SO STIPULATED.

Dated: March 7, 2018                ANGELO, KILDAY & KILDUFF, LLP

                                                  */s/ Bruce A. Kilday*
By:_____
   AMIE McTAVISH
   BRUCE A. KILDAY
   Attorney for Defendants
   EL DORADO COUNTY, JOHN D'AGOSTINI, RANDY PESHON, MATT FOXWORTHY, JACKIE NOREN, and MARK HANGEBRAUCK

Dated: March 7, 2018                LAW OFFICES OF STEWART KATZ

                                                  */s/ Stewart Katz*
                                                  *As authorized on March 6, 2018*
By:_____
   STEWART KATZ
   Attorney for Plaintiffs
   LAWRENCE SPIES, SR. and LINDA SPIES

Dated: March 7, 2018				SCHUERING, ZIMMERMAN & DOYLE

				*/s/ Kat Todd*
				*As authorized on March 6, 2018*
				By:_____
				KAT TODD
				Attorney for Defendant
				MARSHALL MEDICAL CENTER


Dated: March 7, 2018				KROLOFF BELCHER, et al.

				*/s/ Thomas O. Perry*
				*As authorized on March 6, 2018*
				By:_____
				THOMAS O. PERRY
				Attorney for Defendants
				JOHN J. SKRATT, M.D. and
				ALEXIS F. LIESER, M.D.


Dated: March 7, 2018				LAW OFFICES OF JEROME M. VARANINI

				*/s/ Jerome M. Varanini*
				*As authorized on March 5, 2018*
				By:_____
				JEROME M. VARANINI
				Attorney for Defendants CALIFORNIA
				FORENSIC MEDICAL GROUP, INC.,
				RAYMOND HERR, M.D., ROBIN
				HOPE and LISA ISAACSON


Dated: March 7, 2018				BERTLING & CLAUSEN, L.L.P.

				*/s/ Peter Bertling*
				*As authorized on March 6, 2018*
				By: _____
				PETER BERTLING
				Attorney for Defendant
				TAYLOR FITHIAN, M.D.

# ~~PROPOSED~~ ORDER

The Court herein finds good cause exists to modify the Pre-Trial Scheduling Order (ECF 36) as follows:

The discovery cutoff is extended from March 26, 2018 to June 26, 2018.

The deadline for Expert Disclosures is extended from April 26, 2018 to July 26, 2018

The deadline for Rebuttals thereto shall be extended from May 21, 2018 to August 21, 2018

The deadline to file dispositive motions shall be extended from May 21, 2018 to August 21, 2018.

The deadline for depositions of expert witnesses will be extended from June 21, 2018 to September 20, 2018.

The final pretrial scheduling conference shall be continued from July 30, 2018 to November 5, 2018 at 1:30 p.m.

The jury trial date shall be continued from September 25, 2018 to January 8, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 7, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE