1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LINDA SPIES, et al.,                      No.  2:16-cv-02232-WBS GGH

12              Plaintiffs,                     ORDER

13        v.

14   EL DORADO COUNTY, et al.,

15              Defendants.

16

17        On June 19, 2018 plaintiff filed an ex parte Application to Amend the Pretrial Scheduling

18   Order in this action, ECF No. 111, together with a Motion to Compel a deposition and document

19   production pursuant to Federal rule of Civil Procedure 30(b)(6).  ECF No. 112.  This court issued

20   a Minute Order on June 20, 2018, and directed that defendant's objections the ex parte

21   application, if any, were to be filed by June 21, 2018, after which the court would hold a

22   telephonic hearing, if necessary, to resolve the matter.  The undersigned encouraged the parties to

23   stipulate the discovery cutoff and deposition issues if at all possible.  ECF No. 113.

24        On June 20, 2018, defendant Marshall Medical Center filed objections to the Ex Parte

25   Application in ECF No. 111; however, it indicated no objection to an amendment of the

26   scheduling order in place in this matter, as it was modified on March 6, 2018, ECF No. 99, to the

27   extent such a modification was required in order to permit plaintiff's ex parte application to be

28   heard on July 19, 2018.  Plaintiff has filed no further requests.

                                               1

In light of the foregoing, IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion to Compel shall be heard by the court at its regular law and motion calendar on July 19, 2018 at 9:00 a.m.;

2.      The parties shall submit a joint statement regarding the discovery dispute on or before July 12, 2018 pursuant to E.D. Cal. Local Rule 251(b);

3.      The Scheduling Order in this matter is amended to extend the non-expert discovery deadline to the date of the hearing for the sole purpose of ruling upon plaintiff's discovery motion, and may, or may not, be extended further for this sole purpose depending on the outcome of that hearing.  Non-expert discovery is otherwise closed.

Dated: June 22, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE