1  BRUCE A. KILDAY, ESQ. SB No. 066415
     Email: bkilday@akk-law.com
2  DERICK E. KONZ, ESQ., SB No. 286902
     Email: dkonz@akk-law.com
3  **ANGELO KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA 95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263

Attorney for Defendants EL DORADO COUNTY, JOHN D'AGOSTINI, RANDY PESHON, MATT FOXWORTHY, JACKIE NOREN, and MARK HANGEBRAUCK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., et al., | Case No.: 2:16−CV−02232−WBS−GGH |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTIONS WITH PREJUDICE AS TO DEFENDANTS EL DORADO COUNTY, JOHN D'AGOSTINI, RANDY PESHON, MATT FOXWORTHY, JACKIE NOREN and MARK HANGEBRAUCK ONLY AND [PROPOSED] ORDER** |
| vs. | |
| EL DORADO COUNTY, et al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED and agreed by and between Plaintiffs LAWRENCE SPIES, SR. (through LINDA SPIES, BRIAN SPIES, STEPHANIE SPIES, and THERESA SPIES pursuant to the Court's Order ECF No. 98), and LINDA SPIES, individually and as Successors-in-Interest of LAWRENCE SPIES, JR., Deceased, and Defendants EL DORADO COUNTY, JOHN D'AGOSTINI, RANDY PESHON, MATT FOXWORTHY, JACKIE NOREN and MARK HANGEBRAUCK, that this action be dismissed in its entirety with prejudice as to these defendants only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated: July 13, 2018                     LAW OFFICES OF STEWART KATZ

                                              */s/ Stewart Katz (as authorized on 7/13/18)*
By:_____
   STEWART KATZ
   Attorney for Plaintiffs

Dated: July 13, 2018                     ANGELO, KILDAY & KILDUFF, LLP

                                              */s/ Bruce A. Kilday*
By:_____
   BRUCE A. KILDAY
   Attorney for Defendants EL DORADO
   COUNTY, JOHN D'AGOSTINI,
   RANDY PESHON, MATT
   FOXWORTHY, JACKIE NOREN and
   MARK HANGEBRAUCK

## **ORDER**

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE