| | |
|---|---|
| 1 | **LAW OFFICE OF STEWART KATZ** |
| 2 | STEWART KATZ, State Bar #127425 |
| | 555 University Avenue, Suite 270 |
| 3 | Sacramento, California 95825 |
| | Telephone: (916) 444-5678 |
| 4 | |
| | **THE SCHAPS LAW OFFICE, A.P.C.** |
| 5 | MICHAEL A. SCHAPS, SBN #247423 |
| 6 | 732 Third Street, Suite B |
| | Davis, CA 95616 |
| 7 | Telephone: (530) 238-5111 |
| 8 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased); <br><br> Plaintiffs, <br><br> vs. <br><br> EL DORADO COUNTY; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MARSHALL MEDICAL CENTER; JOHN D'AGOSTINI; RANDY PESHON;MATT FOXWORTHY; JACKIE NOREN: ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; TAYLOR FITHIAN, M.D.; MARK HANGEBRAUCK; and JOHN J. SKRATT, M.D., <br><br> Defendants. <br> _____/ | NO. 2:16-cv-02232-WBS-GGH <br><br> **STIPULATION FOR DISMISSAL OF ACTIONS WITH PREJUDICE AS TO DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; and TAYLOR FITHIAN, M.D.; [~~PROPOSED~~] ORDER** |

///

///

///

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**  1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs LAWRENCE SPIES, SR. (through LINDA SPIES, BRIAN SPIES, STEPHANIE SPIES, and THERESA SPIES pursuant to the Court's Order ECF No. 98), and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. deceased, and defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; and TAYLOR FITHIAN, M.D., that this action be dismissed in its entirety with prejudice as to these defendants only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED that each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated: July 16, 2018     **LAW OFFICE OF STEWART KATZ**

By: /s/ Stewart Katz
    STEWART KATZ
    MICHAEL SCHAPS
    Attorneys for Plaintiffs

Dated: July 16, 2018     **LAW OFFICE OF JEROME M. VARANINI**

By: /s/ Jerome M. Varanini
    JEROME M. VARANINI
    Attorneys for Defendants
    CALIFORNIA FORENSIC MEDICAL GROUP,
    INC., RAYMOND HERR, M.D., ROBIN HOPE,
    and LISA ISSACSON

Dated: July 17, 2018     **BERTLING LAW GROUP, INC.**

By: /s/ Peter G. Bertling
    PETER G. BERTLING
    JEMMA PARKER SAUNDERS
    Attorneys for Defendant
    TAYLOR FITHIAN, M.D.

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**

1 **ORDER**

3 **IT IS SO ORDERED.**

4 Dated: July 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE