1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAWRENCE SPIES, SR., et al.,              No.  2:16-cv-02232-WBS-GGH

12              Plaintiffs,                     ORDER

13        v.

14   EL DORADO COUNTY, et al.,

15              Defendants.

16

17

18        The parties have submitted a Stipulation to alter the existing Scheduling Statement to

19   extend the date for initial expert disclosures from July 26, 2018 to August 9, 2018 to permit

20   ongoing settlement conferences to continue.

21   Good cause appearing therefore IT IS HEREBY ORDERED that:

22        1.  The date for initial disclosure of experts is extended to August 9, 2018;

23        2.  All other dates found in the court's scheduling order remain unchanged.

24   Dated: July 22, 2018

25                                    /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE
26

27

28
                                          1