**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**THE SCHAPS LAW OFFICE, A.P.C.**
Michael A. Schaps, State Bar #247423
732 3rd Street, Suite B
Davis, CA 95616
Telephone: (530) 238-5111

Attorneys for Plaintiffs
LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased)

**SCHUERING ZIMMERMAN & DOYLE, LLP**
KAT TODD, Bar No. 223957
CHAD C. COUCHOT, Bar No. 245455
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant
MARSHALL MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased);<br><br>Plaintiffs,<br><br>vs.<br><br>EL DORADO COUNTY; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MARSHALL MEDICAL CENTER; JOHN D'AGOSTINI; RANDY PESHON;MATT FOXWORTHY; JACKIE NOREN: ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; TAYLOR FITHIAN, M.D.; MARK HANGEBRAUCK; and JOHN J. SKRATT, M.D.,<br><br>Defendants.<br>_____/ | NO. 2:16-cv-02232-WBS-GGH<br><br>**STIPULATION FOR DISMISSAL OF ACTIONS WITH PREJUDICE AS TO DEFENDANT MARSHALL MEDICAL CENTER; ORDER** |

**STIPULATION FOR DISMISSAL; ORDER**

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs LAWRENCE SPIES, SR. (through LINDA SPIES, BRIAN SPIES, STEPHANIE SPIES, and THERESA SPIES pursuant to the Court's Order ECF No. 98), and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. deceased, and defendant MARSHALL MEDICAL CENTER, that this action be dismissed in its entirety with prejudice as to this defendant only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED that each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated: August 2, 2018  **LAW OFFICE OF STEWART KATZ**

By: /s/ Stewart Katz
    STEWART KATZ
    MICHAEL SCHAPS
    Attorneys for Plaintiffs

Dated: August 3, 2018  **SCHUERING ZIMMERMAN & DOYLE, LLP**

By: /s/ Kat Todd
    KAT TODD
    Attorneys for Defendant
    MARSHALL MEDICAL CENTER

**ORDER**

**IT IS SO ORDERED.**

Dated: August 3, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL; ORDER**