| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, State Bar #127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678<br><br>**THE SCHAPS LAW OFFICE, A.P.C.**<br>Michael A. Schaps, State Bar #247423<br>732 3rd Street, Suite B<br>Davis, CA 95616<br>Telephone: (530) 238-5111<br><br>Attorneys for Plaintiffs<br>LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased) | **KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON**<br>A Professional Law Corporation<br>Thomas O. Perry, SBN 49699<br>Allison Cherry Lafferty, SBN 204252<br>7540 Shoreline Drive<br>Stockton, CA 95219<br>Phone: (209) 478-2000<br>Facsimile: (209) 478-0354<br>Email: tperry@kroloff.com<br>      alafferty@kroloff.com<br><br>Attorneys for Defendant<br>JOHN J. SKRATT, M.D. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPIES, SR., and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. (deceased);<br><br>    Plaintiffs,<br><br>vs.<br><br>EL DORADO COUNTY; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MARSHALL MEDICAL CENTER; JOHN D'AGOSTINI; RANDY PESHON; MATT FOXWORTHY; JACKIE NOREN: ROBIN HOPE; RAYMOND HERR, M.D.; LISA ISSACSON; TAYLOR FITHIAN, M.D.; MARK HANGEBRAUCK; and JOHN J. SKRATT, M.D.,<br><br>    Defendants.<br>_____/ | NO. 2:16-cv-02232-WBS-GGH<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**        1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs LAWRENCE SPIES, SR. (through LINDA SPIES, BRIAN SPIES, STEPHANIE SPIES, and THERESA SPIES pursuant to the Court's Order ECF No. 98), and LINDA SPIES, Individually and as Successors in Interest of LAWRENCE SPIES, JR. deceased, and defendant JOHN J. SKRATT, M.D., that this action be dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (JOHN J. SKRATT, M.D. was the last remaining Defendant).

IT IS FURTHER STIPULATED that each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated: August 17, 2018  **LAW OFFICE OF STEWART KATZ**

By: /s/ Stewart Katz
STEWART KATZ
MICHAEL SCHAPS
Attorneys for Plaintiffs

Dated: August 17, 2018  **KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON**

By: /s/ Thomas O. Perry
THOMAS O. PERRY
ALLISON CHERRY LAFFERTY
Attorneys for Defendant
JOHN J. SKRATT, M.D.

**ORDER**

**IT IS SO ORDERED.**

Dated: August 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE